## Commonwealth *v.* Carter, Appellant.

Submitted December 13, 1966. *Leonard Packel,* Assistant Defender, *Martin I. Vinikoor,* First Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *John A. McMenamin* and *Alan J. Davis,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.